UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT KEVIN CASHMAN and | ) | CHAPTER 11 |
| TAMMY L. CASHMAN | ) | |
| | ) | |
| Debtors | ) | CASE NO. 12-35177 |
| | ) | |

## ORDER CONFIRMING DEBTORS' PLAN OF REORGANIZATION
✶ ✶ ✶   ✶ ✶ ✶   ✶ ✶ ✶

This matter came before the Court on September 12, 2013 for consideration of the Debtors' Plan of Reorganization Dated August 9, 2013 [Document No. 75] (the "Proposed Plan") for confirmation pursuant to 11 U.S.C. § 1129 (the "Confirmation Hearing"). Notice having been given, and the Court having considered the Proposed Plan; the objections to confirmation of the Proposed Plan filed by the Office of the United States Trustee [Document No. 79] and South Central Bank of Hardin County, Inc. [Document No. 81] (collectively, the "Objections"); the Tabulation of Ballots filed by the Debtors [Document No. 80]; the statements of counsel at the Confirmation Hearing; and the entire record in this bankruptcy case:

IT IS HEREBY FOUND:

1. The *Debtors' Plan of Reorganization Dated August 9, 2013 as Orally Modified at Confirmation Hearing September 12, 2013* attached hereto as **Exhibit A** (the "Plan") resolves all matters raised in the Objections;

2. The Plan complies with all applicable provisions of Bankruptcy Code § 1129;

3. The Debtors, as proponents of the Plan, have complied with all applicable provisions of Bankruptcy Code § 1129;

4. The Plan has been proposed in good faith and not by any means forbidden by law;

5. The holder of the Class 2-A Claim has, based upon the modifications to the Proposed Plan embodied in the Plan, voted to accept the Plan; and

6. The projected Effective Date of the Plan is October 23, 2013.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plan be and hereby is **CONFIRMED**.

SO ORDERED.

Thomas H. Fulton
United States Bankruptcy Judge

Dated: October 5, 2013

HAVE SEEN AND AGREED:

/s/ Tyler R. Yeager
TYLER R. YEAGER
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: yeager@derbycitylaw.com
*Counsel for Debtors*


/s/ Stephen W. VanZant
STEPHEN W. VAN ZANT
RUSSELL SIZEMORE
BELL, HESS & VAN ZANT, P.L.C.
2819 Ring Road, PO Box 844
Elizabethtown, Kentucky 42702-0844
Telephone: (270) 765-4196
E-mail: svanzant@bhvzlaw.com
E-mail: rsizemore@bhvzlaw.com
*Counsel for South Central Bank of Hardin County, Inc.*

2

HAVE SEEN:

/s/ Charles R. Merrill
CHARLES R. MERRILL
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
Telephone: (502) 582-6000
Facsimile: (502) 582-6147
E-mail: charles.merrill@usdoj.gov
*Counsel for U.S. Trustee*

G:\doc\DMC\Cashman, Robert & Tammy\Pldgs\Ord Conf.doc

3