B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Robert Cashman_,                Case No. _12-35177_
                _Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _Sept_                        Date filed: _____

Line of Business: _Farm_             NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_Robert K Cashman_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐   ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐   ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐   ☑

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐   ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐   ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 6174.68

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 13426.68

Cash on Hand at End of Month   $ 5009.70

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** $ 5009.70

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 13501.41

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 6174.68

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 13501.41

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** $ <7326.73>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?  $

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?  $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?  $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?  $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 5000 | $ 6174.68 | $ 1174.68 |
| EXPENSES | $ 5000 | $ 13501.41 | $ <8501.41> |
| CASH PROFIT | $ 0 | $ <7326.73> | $ <7326.73> |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:          $ 6000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:         $ 6000

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:      $ 0

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

B6I (Official Form 6I) (12/07)

In re Robert Cashman _____ ,    Case No. 12-35177
          **Debtor**                                             (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Elect | Sub Teacher |
| Name of Employer | Mwt. Metals | Breck Co Bof Ed |
| How long employed | 8 yr | |
| Address of Employer | 715 E Gray St Louisville Ky | Hardensburg Ky |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3747.10 | $ 1360.25 |
| 2. Estimate monthly overtime | $ 658.80 | $ |
| 3. SUBTOTAL | $ 4405.9 | $ 1360.25 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 752.42 | $ 61.96 |
|   b. Insurance | $ 610.35 | $ |
|   c. Union dues | $ 107.02 | $ |
|   d. Other (Specify): 401 K | $ 56.23 | $ 60.14 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1506.62 | $ 122.1 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2899.28 | $ 1238.15 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 2037.25 | $ 0 |
| 8. Income from real property | $ 0 | $ 0 |
| 9. Interest and dividends | $ 0 | $ 0 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0 | $ 0 |
| 11. Social security or government assistance (Specify):_____ | $ 0 | $ 0 |
| 12. Pension or retirement income | $ 0 | $ 0 |
| 13. Other monthly income (Specify):_____ | $ 0 | $ 0 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2037.26 | $ 0 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 4936.53 | $ 1238.15 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6174.68 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

B6J (Official Form 6J) (12/07)

In re Robert Cashman , Case No. 12-35177
_____Debtor_____ (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1500 |
|    a. Are real estate taxes included?   Yes _____ No ✓ | |
|    b. Is property insurance included?   Yes _____ No ✓ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 184.13 |
|          b. Water and sewer | $ _____ |
|          c. Telephone | $ 149.36 |
|          d. Other _____ | $ 0 |
| 3. Home maintenance (repairs and upkeep) | $ 0 |
| 4. Food | $ 352.62 |
| 5. Clothing | $ 0 |
| 6. Laundry and dry cleaning | $ 0 |
| 7. Medical and dental expenses | $ 0 |
| 8. Transportation (not including car payments) | $ 450 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 190 |
| 10. Charitable contributions | $ 80 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $ 98.23 |
|      b. Life | $ 111.00 |
|      c. Health | $ 0 |
|      d. Auto | $ 406.55 |
|      e. Other _____ | $ 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto | $ 0 |
|      b. Other _____ | $ 0 |
|      c. Other _____ | $ 0 |
| 14. Alimony, maintenance, and support paid to others | $ 0 |
| 15. Payments for support of additional dependents not living at your home | $ 800 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 9179.3 |
| 17. Other _____ | $ 0 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 13501.4 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ 6174.68 |
|    b. Average monthly expenses from Line 18 above | $ 13501.41 |
|    c. Monthly net income (a. minus b.) | $ (7326.73) |

United States Bankruptcy Court
Western District of Kentucky

In re  Robert Kevin Cashman & Tammy L. Cashman

                  Debtors

Case No. __12-35177__

Chapter ____11____

### BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS

      ONLY INCLUDE income and expenses directly related to the business operation.

PART A - INCOME received during reporting period:

| | | |
|---|---|---:|
| Income from Sales of Hay | $ | 2,037.25 |
| Income from Sales of Cattle | $ | - |
| Other Income | $ | - |
| **Total Income for Reporting Period** | | |

$   2,037.25

PART B - EXPENSES incurred during reporting period:

| | | |
|---|---|---:|
| Payroll | $ | - |
| Fuel | $ | 681.04 |
| Taxes | $ | - |
| Dues | $ | - |
| Inventory Purchases (Including raw materials) | $ | - |
| Purchase of Feed/Fertilizer/Seed/Spray | $ | - |
| Rent (Other than debtor's principal residence) | $ | - |
| Utilities | $ | 47.13 |
| Cell Phones | $ | 169.93 |
| Office Expenses and Supplies | $ | 41.49 |
| Repairs and Maintenance | $ | 8,145.00 |
| Vehicle Expenses | $ | - |
| Travel and Entertainment | $ | - |
| Equipment Rental and Leases | $ | - |
| Legal/Accounting/Other Professional Fees | $ | - |
| Insurance | $ | 66.71 |
| Employee Benefits (e.g., pension, medical, etc.) | $ | - |
| Other (describe below if more than 10% of total business expenses): | $ | 28.00 |
| DESCRIPTION: | | |

                       **Total Expenses for Reporting Period**          $   9,179.30

**NET BUSINESS INCOME FOR REPORTING PERIOD**     $  (7,142.05)





SINCE 1902

| | Main Office | Irvington Branch | Downtown Branch |
|---|---|---|---|
| | P.O. Box 231 | P.O. Box 27 | P.O. Box 231 |
| | Hardinsburg, KY 40143 | Irvington, KY 40146 | Hardinsburg, KY 40143 |
| | (270) 756-2166 | (270) 547-7185 | (270) 756-5022 |

**E-Mail:** farmbank@thefarmersbank-ky.com
**Internet:** www.thefarmersbank-ky.com
**Dial-A-Bank:** (270) 756-2276



MEMBER FEDERAL RESERVE

```
11     ROBERT K CASHMAN
       TAMMY CASHMAN
       8118 HWY 477
       WEBSTER KY  40176


       Our free 24-hour banking services, Dial-A-Bank
       and Farmers BankNet allow you to bank at your
       convenience. Ask for details today!
```

PRIMARY ACCT: ▮▮▮▮        STATEMENT PERIOD: 09/03/2013 - 09/30/2013
====================================================================

SUMMARY:

| ....NUMBER..... | ..BALANCE.. | .......DEBITS.... | ....CREDITS.... | .CHARGE. | .BALANCE.. |
|---|---|---|---|---|---|
| ACCOUNT | PREVIOUS | TOTAL | TOTAL | SERVICE | ENDING |
| DDA ▮▮▮ | 8,172.06 | 10   11,175.02 | 6    3,058.75 | 5.00 | 50.79 |

====================================================================

PERSONAL CHECKING         ▮▮▮                                31 01/00 02

--------------------------------------------------------------------

```
              -- DEPOSITS AND MISCELLANEOUS TRANSACTIONS --

       DEPOSIT                                    732.25+   09/05
       DEPOSIT                                    826.50+   09/09
       DEPOSIT                                    200.00+   09/17
       DEPOSIT                                    300.00+   09/21
       DEPOSIT                                    900.00+   09/21
       OD CHARGE (EXT)                   25.00-             09/24
              CHARGE FOR OVERDRAWN CHECK # 5508
       OD CHARGE (INT)                    4.00-             09/24
              CONTINUOUS OD CHARGE
       OD CHARGE (INT)                    4.00-             09/25
              CONTINUOUS OD CHARGE
       DEPOSIT                                    100.00+   09/26
       SERVICE CHARGE                     5.00-             09/30

              -- ELECTRONIC TRANSACTIONS --

DATE      AMOUNT   DESCRIPTION
09/11    572.71-  ACH DEBIT
             KENTUCKY FARM B2 PPD ACCT BILL


                  -- CHECKS --

NUMBER......AMOUNT...DATE   NUMBER......AMOUNT...DATE   NUMBER......AMOUNT...DATE
  5401       349.90 09/03    5403     1,500.00 09/23     5508    7,999.77 09/23
  5402       700.00 09/05    5507*       19.64 09/12
```

CONTINUED ON PAGE ... 2

AN (*) DENOTES GAP IN CHECK NUMBER ORDER

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          BKS          *INDICATES BREAK IN SEQUEN(

```
11      ROBERT K CASHMAN
        TAMMY CASHMAN
        8118 HWY 477
        WEBSTER KY  40176
```

Our free 24-hour banking services, Dial-A-Bank
and Farmers BankNet allow you to bank at your
convenience. Ask for details today!

PRIMARY ACCT: ▉▉▉▉        STATEMENT PERIOD:  09/03/2013 - 09/30/2013
================================================================================
PERSONAL CHECKING   ▉▉▉▉                        31 01/00 02
--------------------------------------------------------------------------------

-- BALANCE INFORMATION --

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|-----------------------|-----------------------|-----------------------|
| 09/02      8,172.06   | 09/12      8,088.56   | 09/24         40.21-  |
| 09/03      7,822.16   | 09/17      8,288.56   | 09/25         44.21-  |
| 09/05      7,854.41   | 09/21      9,488.56   | 09/26         55.79   |
| 09/09      8,680.91   | 09/23         11.21-  | 09/30         50.79   |
| 09/11      8,108.20   |                       |                       |

AVERAGE BALANCE FOR THIS STATEMENT CYCLE:        $5,906.61

|                           | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES      | $33.00                | $33.00             |
| TOTAL RETURNED ITEM FEES  | $.00                  | $.00               |

================================================================================
                                                                             11



Deposit for $732.25 on 9/5/2013



Deposit for $826.50 on 9/9/2013



Deposit for $200.00 on 9/17/2013

Deposit for $300.00 on 9/21/2013



Deposit for $900.00 on 9/21/2013



Deposit for $100.00 on 9/26/2013



Check # 5401 for $349.90 9/3/2013

Check # 5402 for $700.00 9/5/2013



Check # 5403 for $1,500.00 9/23/2013



Check # 5507 for $19.64 9/12/2013

Check # 5508 for $7,999.77 9/23/2013




**the**
**FARMERS BANK**
SINCE 1902

| | Main Office | Irvington Branch | Downtown Branch |
|---|---|---|---|
| | P.O. Box 231 | P.O. Box 27 | P.O. Box 231 |
| | Hardinsburg, KY 40143 | Irvington, KY 40146 | Hardinsburg, KY 40143 |
| | (270) 756-2166 | (270) 547-7185 | (270) 756-5022 |

**E-Mail:** farmbank@thefarmersbank-ky.com
**Internet:** www.thefarmersbank-ky.com
**Dial-A-Bank:** (270) 756-2276


**FDIC**

MEMBER FEDERAL RESERVE

```
23      ROBERT CASHMAN
        TAMMY CASHMAN
        8118 HWY 477
        WEBSTER KY  40176


        Our free 24-hour banking services, Dial-A-Bank
        and Farmers BankNet allow you to bank at your
        convenience. Ask for details today!

PRIMARY ACCT:          ██████        STATEMENT PERIOD:  09/11/2013 - 10/10/2013
=============================================================================
SUMMARY:
    ACCOUNT      PREVIOUS        TOTAL         TOTAL       SERVICE    ENDING
....NUMBER......BALANCE.. .......DEBITS..... ....CREDITS....CHARGE. ..BALANCE..
DDA     ██████    680.20   64  4,629.84    9  4,986.60     6.00    1,030.96

BONUS CLUB BASIC       ██████                               10 07/00 02
------------------------------------------------------------------------------

            -- DEPOSITS AND MISCELLANEOUS TRANSACTIONS --
    OD CHARGE (EXT)              25.00-                      09/24
            CHARGE FOR OVERDRAWN CHECK # 9380
    OD CHARGE (INT)               4.00-                      09/24
            CONTINUOUS OD CHARGE
    OD CHARGE (EXT)              25.00-                      09/25
            CHARGE FOR OVERDRAWN CHECK # 9397
    OD CHARGE (INT)               4.00-                      09/25
            CONTINUOUS OD CHARGE
    SERVICE CHARGE               6.00-                      10/10

            -- ELECTRONIC TRANSACTIONS --
DATE    AMOUNT   DESCRIPTION
09/11    10.49-  POINT OF SALE DEBIT
                 SUBWAY BRANDENBURG KY 09/09 20:28:43
09/12   652.56+  ACH CREDIT
                 TKW LLC PPD DIRECT DEP
09/12    29.00-  POINT OF SALE DEBIT
                 KROGER FUEL #8 BRANDENBURG KY 09/11 02:51:48
09/12    38.77-  POINT OF SALE DEBIT
                 MARATHON PETRO HARNED KY 09/10 23:00:58
09/12    62.46-  POINT OF SALE DEBIT
                 WAL-MART #0760 HARDINSBURG KY 09/11 09:30:02
09/13   190.28+  ACH CREDIT
                 ROMAN CATHOLIC B PPD PAYROLL


        CONTINUED ON PAGE ... 2
```

PAGE    2


23      ROBERT CASHMAN
        TAMMY CASHMAN
        8118 HWY 477
        WEBSTER KY  40176


        Our free 24-hour banking services, Dial-A-Bank
        and Farmers BankNet allow you to bank at your
        convenience. Ask for details today!

PRIMARY ACCT:          ██████          STATEMENT PERIOD:  09/11/2013 - 10/10/2013
=================================================================================
BONUS CLUB BASIC       ██████                                       10 07/00 02
---------------------------------------------------------------------------------

                    -- ELECTRONIC TRANSACTIONS --

DATE      AMOUNT  DESCRIPTION
09/13     2.50-   POINT OF SALE DEBIT
                  COURIER JOURNA LOUISVILLE KY 09/12 09:32:24
09/13     18.62-  POINT OF SALE DEBIT
                  MCDONALD'S F12 BRANDENBURG KY 09/12 08:26:25
09/13     67.00-  POINT OF SALE DEBIT
                  KROGER FUEL #8 BRANDENBURG KY 09/12 02:53:27
09/16     22.65-  POINT OF SALE DEBIT
                  ARBYS 5700 CORYDON IN 09/13 21:12:45
09/16     30.03-  POINT OF SALE DEBIT
                  KROGER FUEL #8 BRANDENBURG KY 09/13 02:47:26
09/16     56.00-  POINT OF SALE DEBIT
                  KROGER FUEL #8 BRANDENBURG KY 09/14 00:27:21
09/16     84.79-  POINT OF SALE DEBIT
                  WAL-MART #0922 CORYDON IN 09/13 09:14:50
09/17     35.64-  POINT OF SALE DEBIT
                  KROGER FUEL #8 BRANDENBURG KY 09/16 02:19:37
09/18     55.55-  ACH DEBIT
                  OZARK NATIONAL L PPD INSURANCE
09/18     55.55-  ACH DEBIT
                  OZARK NATIONAL L PPD INSURANCE
09/19     716.18+ ACH CREDIT
                  TKW LLC PPD DIRECT DEP
09/19     39.01-  POINT OF SALE DEBIT
                  KROGER FUEL #8 BRANDENBURG KY 09/18 02:25:49
09/20     18.62-  POINT OF SALE DEBIT
                  MCDONALD'S F12 BRANDENBURG KY 09/19 09:03:02
09/20     22.77-  POINT OF SALE DEBIT
                  KROGER FUEL #8 BRANDENBURG KY 09/19 02:34:29
09/23     8.88-   POINT OF SALE DEBIT

CONTINUED ON PAGE ...  3

PAGE    3

```
23      ROBERT CASHMAN
        TAMMY CASHMAN
        8118 HWY 477
        WEBSTER KY  40176
```

Our free 24-hour banking services, Dial-A-Bank
and Farmers BankNet allow you to bank at your
convenience. Ask for details today!

| PRIMARY ACCT: | ███ | STATEMENT PERIOD: 09/11/2013 - 10/10/2013 |

BONUS CLUB BASIC          ███                                    10 07/00 02

-- ELECTRONIC TRANSACTIONS --

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| | | MCDONALD'S F27 HARDINSBURG KY 09/20 20:23:59 |
| 09/23 | 25.02- | POINT OF SALE DEBIT |
| | | KROGER FUEL #8 BRANDENBURG KY 09/22 08:55:16 |
| 09/23 | 40.00- | POINT OF SALE DEBIT |
| | | KROGER FUEL #8 BRANDENBURG KY 09/21 03:53:04 |
| 09/26 | 920.16+ | ACH CREDIT |
| | | TKW LLC [PPD] DIRECT DEP |
| 09/27 | 12.70- | POINT OF SALE DEBIT |
| | | MCDONALD'S F12 BRANDENBURG KY 09/26 09:35:51 |
| 09/27 | 34.01- | POINT OF SALE DEBIT |
| | | KROGER FUEL #8 BRANDENBURG KY 09/26 02:49:50 |
| 09/30 | 190.28+ | ACH CREDIT |
| | | ROMAN CATHOLIC B [PPD] PAYROLL |
| 09/30 | 25.01- | POINT OF SALE DEBIT |
| | | KROGER FUEL #8 BRANDENBURG KY 09/28 01:14:43 |
| 09/30 | 72.80- | POINT OF SALE DEBIT |
| | | KROGER FUEL #8 BRANDENBURG KY 09/27 02:33:42 |
| 09/30 | 91.50- | POINT OF SALE DEBIT |
| | | KROGER #903 BRANDENBURG KY 09/27 02:48:38 |
| 10/01 | 67.00- | POINT OF SALE DEBIT |
| | | KROGER FUEL #8 BRANDENBURG KY 09/30 02:10:16 |
| 10/02 | 339.52+ | ACH CREDIT |
| | | BRECKINRIDGE CO [PPD] PAYROLL |
| 10/02 | 448.63+ | ACH CREDIT |
| | | BRECKINRIDGE CO [PPD] PAYROLL |
| 10/02 | 25.01- | POINT OF SALE DEBIT |
| | | KROGER FUEL #8 BRANDENBURG KY 10/01 03:25:10 |
| 10/03 | 907.21+ | ACH CREDIT |
| | | TKW LLC [PPD] DIRECT DEP |

CONTINUED ON PAGE ... 4

PAGE   4

23      ROBERT CASHMAN
        TAMMY CASHMAN
        8118 HWY 477
        WEBSTER KY   40176

        Our free 24-hour banking services, Dial-A-Bank
        and Farmers BankNet allow you to bank at your
        convenience. Ask for details today!

PRIMARY ACCT:                    ██████        STATEMENT PERIOD:   09/11/2013 - 10/10/2013
========================================================================================
BONUS CLUB BASIC                 ██████                                    10 07/00 02
----------------------------------------------------------------------------------------

-- ELECTRONIC TRANSACTIONS --

DATE       AMOUNT   DESCRIPTION
10/03      10.50-   ACH DEBIT
                    ECON800-832-6858 [PPD] OCT INS
10/04      26.00-   POINT OF SALE DEBIT
                    KROGER FUEL #8 BRANDENBURG KY 10/03 03:06:13
10/04      29.03-   POINT OF SALE DEBIT
                    KROGER FUEL #8 BRANDENBURG KY 10/03 02:55:40
10/04      34.00-   POINT OF SALE DEBIT
                    SHELL Service IRVINGTON KY 10/03 15:23:00
10/04      63.30-   POINT OF SALE DEBIT
                    KROGER FUEL #8 BRANDENBURG KY 10/03 02:51:52
10/08      25.00-   POINT OF SALE DEBIT
                    KROGER FUEL #8 BRANDENBURG KY 10/07 03:00:28
10/08      54.62-   POINT OF SALE DEBIT
                    WAL-MART #0922 CORYDON IN 10/07 04:53:52
10/09      20.08-   POINT OF SALE DEBIT
                    KROGER FUEL #8 BRANDENBURG KY 10/08 02:55:28
10/10     621.78+   ACH CREDIT
                    TKW LLC [PPD] DIRECT DEP
10/10      41.44-   POINT OF SALE DEBIT
                    MARATHON PETRO IRVINGTON KY 10/08 22:45:52

-- CHECKS --

NUMBER......AMOUNT...DATE    NUMBER......AMOUNT...DATE    NUMBER......AMOUNT...DATE
8893        169.93 09/16    9323        900.00 09/21    9328         12.75 10/08
8894        231.26 09/17    9324         32.00 09/27    9379*        30.00 09/13
9208*        28.00 10/07    9325        100.00 09/27    9380        349.90 09/23
9210*        25.30 10/10    9326        149.38 10/02    9395*       100.00 09/14
9322*        32.00 09/20    9327         32.00 10/04    9396         30.00 09/23

CONTINUED ON PAGE ... 5

AN (*) DENOTES GAP IN CHECK NUMBER ORDER

PAGE    5

23     ROBERT CASHMAN
       TAMMY CASHMAN
       8118 HWY 477
       WEBSTER KY   40176

       Our free 24-hour banking services, Dial-A-Bank
       and Farmers BankNet allow you to bank at your
       convenience. Ask for details today!

PRIMARY ACCT:                  ▓▓▓▓▓▓     STATEMENT PERIOD:  09/11/2013 - 10/10/2013
                                                             10 07/00 02
BONUS CLUB BASIC              ▓▓▓▓▓▓

-- CHECKS --

| NUMBER | AMOUNT | DATE | NUMBER | AMOUNT | DATE | NUMBER | AMOUNT | DATE |
|---|---|---|---|---|---|---|---|---|
| 9397 | 20.00 | 09/24 | 9400 | 20.00 | 10/03 | 9403 | 150.00 | 10/03 |
| 9398 | 20.00 | 09/30 | 9401 | 130.18 | 10/03 | 9404 | 600.00 | 10/08 |
| 9399 | 38.79 | 10/03 | 9402 | 15.00 | 10/07 | | | |

-- BALANCE INFORMATION --

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/10 | 680.20 | 09/20 | 1,026.58 | 10/01 | 250.20 |
| 09/11 | 669.71 | 09/21 | 126.58 | 10/02 | 863.96 |
| 09/12 | 1,192.04 | 09/23 | 327.22- | 10/03 | 1,421.70 |
| 09/13 | 1,264.20 | 09/24 | 376.22- | 10/04 | 1,237.37 |
| 09/14 | 1,164.20 | 09/25 | 405.22- | 10/07 | 1,194.37 |
| 09/16 | 800.80 | 09/26 | 514.94 | 10/08 | 502.00 |
| 09/17 | 533.90 | 09/27 | 336.23 | 10/09 | 481.92 |
| 09/18 | 422.80 | 09/30 | 317.20 | 10/10 | 1,030.96 |
| 09/19 | 1,099.97 | | | | |

AVERAGE BALANCE FOR THIS STATEMENT CYCLE:          $696.52

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $58.00 | $137.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $.00 |

23





Check # 9380 for $349.90 9/23/2013

Check # 9395 for $100.00 9/14/2013





Check # 9396 for $30.00 9/23/2013

Check # 9397 for $20.00 9/24/2013





Check # 9398 for $20.00 9/30/2013

Check # 9399 for $38.79 10/3/2013





Check # 9400 for $20.00 10/3/2013

Check # 9401 for $130.18 10/3/2013

Check # 9402 for $15.00 10/7/2013

Check # 9403 for $150.00 10/3/2013



Check # 9404 for $600.00 10/8/2013



Check # 8893 for $169.93 9/16/2013



Check # 8894 for $231.26 9/17/2013



Check # 9208 for $28.00 10/7/2013



Check # 9210 for $25.30 10/10/2013



Check # 9322 for $32.00 9/20/2013



Check # 9323 for $900.00 9/21/2013



Check # 9324 for $32.00 9/27/2013



Check # 9325 for $100.00 9/27/2013



Check # 9326 for $149.38 10/2/2013



Check # 9327 for $32.00 10/4/2013



Check # 9328 for $12.75 10/8/2013



Check # 9379 for $30.00 9/13/2013