UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT KEVIN CASHMAN | ) | CHAPTER 11 |
| TAMMY L. CASHMAN | ) | |
| | ) | |
| Debtors | ) | CASE NO. 12-35177 |
| | ) | |

# CERTIFICATION AND REQUEST FOR ENTRY OF FINAL DECREE

The above-captioned debtors certify that the estate of the above-named debtors have been fully administered, and requests that a Final Decree be entered closing this case pursuant to Fed. R. Bankr. P. 3022.

**ESTIMATED DISTRIBUTIONS:**

| | | | |
|---|---|---|---|
| 1. | Total Secured Claims Allowed | $ | 287,163.42 |
| 2. | Total Priority Claims Allowed | $ | 0.00 |
| 3. | Total Unsecured Claims Allowed | $ | 92,468.14 |

**DIVIDEND**

What percentage of dividend is to be paid to the unsecured
 creditors when the case is fully consummated?                                    8.11 %

Respectfully submitted,

/s/ Tyler R. Yeager
DAVID M. CANTOR
TYLER R. YEAGER
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Counsel for Debtors*

G:\doc\DMC\Cashman, Robert & Tammy\Pldgs\Final Acctng.wpd